| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Edward W. Gordon, P.C**.<br>Edward W. Gordon, Esq.<br>551 Valley Road<br>Suite 181<br>Upper Montclair, NJ 07043<br>201-562-1013<br>Attorney for Movant | Order Filed on March 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Peter Caruso<br>Theresa Caruso | Case No.:   09-23282-KCF<br>Chapter:    13<br>Judge:      Kathryn C. Ferguson |

# ORDER DIRECTING
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **Ordered**.

**DATED: March 3, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

On January 30, 2020 an application was filed for the claimant, Kenneth F. Gunther, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $1,977.59 held in unclaimed funds be made payable to the **Estate of Robert Gunther** and be disbursed to the payee. Director's Form AO213P will be submitted to the court to facilitate electronic transfer of funds.

It is further ORDERED that the sum of $659.20 held in unclaimed funds be made payable to **Edward W. Gordon, Esq. as** his attorney fee. Director's Form AO213 has been submitted to the court to facilitate electronic transfer of funds.

The clerk will disburse these funds not earlier that 14 days after the entry of this order.