UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Chapter:

Judge:

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

On _____, an application was filed for the Claimant(s), _____, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to _____ and be disbursed to the payee at the following address:

_____
_____
_____
_____

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*