UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Caruso
Theresa Caruso

Case No.: 09-23282

Chapter: 13

Judge: Ferguson

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

On  January 31, 2020 , an application was filed for the Claimant(s),  Edward W. Gordon Sr , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 659.20  held in unclaimed funds be made payable to  Edward W. Gordon Sr  and be disbursed to the payee at the following address:

 Edward W. Gordon Sr, Esq.

 551 Valley Road

 Suite 181

 Upper Montclair, NJ 07043

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 09-23282-KCF
Peter Caruso                                                            Chapter 13
Theresa Caruso
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 03, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
db/jdb         +Peter Caruso,    Theresa Caruso,    65 Shrewsbury Avenue,    Oceanport, NJ 07757-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Option One
               Mortgage Loan Trust 2007-1 Asset-Backed Certificates, Series 2007-1
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              David R Lyons     on behalf of Creditor    GMAC davidl@ldvlaw.com
              Edward W. Gordon, Sr    on behalf of Interested Party Kenneth F. Gunther ewgordonlaw@gmail.com
              James J. Cerbone     on behalf of Joint Debtor Theresa   Caruso cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone     on behalf of Debtor Peter   Caruso cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Jay R. Schmerler     on behalf of Creditor Robert K. Gunther jschmerler.atty@gmail.com
                                                                                               TOTAL: 9