UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Caruso
Theresa Caruso

Case No.: 09-23282

Chapter: 13

Judge: Ferguson

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

On  January 31, 2020 , an application was filed for the Claimant(s),  Kenneth F. Gunther , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 1,977.59  held in unclaimed funds be made payable to  Estate of Robert Gunther  and be disbursed to the payee at the following address:

 Kenneth F. Gunther 

 39 Avenue of the Commons 

 Shrewsbury, NJ 07702 

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Caruso  
Theresa Caruso  
      Debtors

Case No. 09-23282-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db/jdb          +Peter Caruso,   Theresa Caruso,   65 Shrewsbury Avenue,   Oceanport, NJ 07757-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:  
      Albert    Russo    docs@russotrustee.com  
      Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Brian C. Nicholas    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Option One  
       Mortgage Loan Trust 2007-1 Asset-Backed Certificates, Series 2007-1  
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
      David R Lyons    on behalf of Creditor    GMAC davidl@ldvlaw.com  
      Edward W. Gordon, Sr    on behalf of Interested Party Kenneth F. Gunther ewgordonlaw@gmail.com  
      James J. Cerbone    on behalf of Joint Debtor Theresa  Caruso cerbonelawfirm@aol.com,  
       cerbonejr83307@notify.bestcase.com  
      James J. Cerbone    on behalf of Debtor Peter  Caruso cerbonelawfirm@aol.com,  
       cerbonejr83307@notify.bestcase.com  
      Jay R. Schmerler    on behalf of Creditor Robert K. Gunther jschmerler.atty@gmail.com  
                                                        TOTAL: 9